UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AMMIANUS POMPILIUS,
(a.k.a. Anthony Prentice),

                Plaintiff,

v.

STATE OF NEVADA, *et al.*,

                Defendants.

Case No. 2:21-cv-01331-RFB-DJA

**ORDER TO PRODUCE FOR VIDEOCONFERENCE / TELECONFERENCE AMMWAYNE A. PORRETTI #74880**

TO:    CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

    **THE COURT HEREBY FINDS** that **AMMIANUS POMPILIUS, (a.k.a. Anthony Prentice), #74880**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

    **IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **AMMIANUS POMPILIUS, (a.k.a. Anthony Prentice), #74880,** on or about Friday, May 27, 2022, at the hour of 11:00 AM, for a **videoconference** hearing by zoomgov technology, in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **AMMIANUS POMPILIUS, (a.k.a. Anthony Prentice), #74880,** is released and discharged by the said Court; and that **AMMIANUS POMPILIUS , (a.k.a. Anthony Prentice), #74880** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

    **DATED** this <u>19th</u> day of May, 2022.

                                                                                                **RICHARD F. BOULWARE, II**
                                                                                                **UNITED STATES DISTRICT JUDGE**