UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMMIANUS POMPILIUS,<br>(a.k.a. Anthony Prentice),<br>    Plaintiff,<br>v.<br>STATE OF NEVADA, *et al.*,<br>    Defendants. | Case No. 2:21-cv-01331-RFB-DJA<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE / TELECONFERENCE**<br>**AMMWAYNE A. PORRETTI**<br>**#74880** |

TO:   CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **AMMIANUS POMPILIUS, (a.k.a. Anthony Prentice), #74880**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of High Desert State Prison, or his designee, shall arrange for and produce **AMMIANUS POMPILIUS, (a.k.a. Anthony Prentice), #74880,** on or about Tuesday, August 9, 2022, at the hour of 10:00 AM, for a **videoconference** hearing by zoomgov technology, in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **AMMIANUS POMPILIUS, (a.k.a. Anthony Prentice), #74880,** is released and discharged by the said Court; and that **AMMIANUS POMPILIUS , (a.k.a. Anthony Prentice), #74880** shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada, under safe and secure conduct.

**DATED** this 7th day of June, 2022.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**