UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Ammianus Pompilius,<br><br>    Plaintiff,<br><br>v.<br><br>State of Nevada, et al.,<br><br>    Defendants. | Case No. 2:21-cv-01331-RFB-DJA<br><br>**Order** |

Before the Court are Defendants' motion for the Court to screen Plaintiff's second amended complaint (ECF No. 19), and Defendants' motion to file Plaintiff's medical kites under seal (ECF No. 28). The Court denies Defendants' motion to screen Plaintiff's complaint as moot. (ECF No. 19). Defendants asked the Court to conduct a preliminary screening under 28 U.S.C. § 1915A. (*Id.* at 3). However, on June 7, 2022, the Honorable District Judge Richard F. Judge Boulware screened Plaintiff's second amended complaint. (ECF Nos. 33 and 39). The Court thus denies Defendants' motion as moot.

The Court grants Defendants' motion to file Plaintiff's medical kites under seal. (ECF No. 28). Defendants explain that the kites contain Plaintiff's confidential medical information and thus meet the compelling reasons standard. (*Id.*). "The court recognizes that the need to protect medical privacy has qualified as a 'compelling reason' for sealing records in connection with a dispositive motion." *Williams v. Nevada Dep't of Corrections*, No. 2:13-cv-941-JAD-VCF, 2014 WL 3734287, at \*1 (D. Nev. July 29, 2014). Because Defendants have shown a compelling reason to file the medical kites under seal, the Court grants their motion.

///

///

**IT IS THEREFORE ORDERED** that Defendants' motion for the Court to screen Plaintiff's complaint (ECF No. 19) is **denied as moot.**

**IT IS FURTHER ORDERED** that Defendants' motion to file Plaintiff's medical kites under seal (ECF No. 28) is **granted.**

DATED: October 24, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE